No. 1085.  RICH *v.* ATLANTIC COAST LINE RAILROAD Co.  Sup. Ct. Fla.  Certiorari denied.  *Lawrence V. Hastings* and *Irma Robbins Feder* for petitioner.  *Reginald L. Williams* and *Frank G. Kurka* for respondent.

No. 1137.  EARL LATSHA LUMBER Co. *v.* NATIONAL LABOR RELATIONS BOARD.  C. A. 3d Cir.  Certiorari denied.  *Louis J. Adler* for petitioner.  *Solicitor General Marshall, Arnold Ordman, Dominick L. Manoli* and *Norton J. Come* for respondent.

No. 1142.  SMITH *v.* NORTH CAROLINA.  Sup. Ct. N. C.  Certiorari denied.  *Lawrence Egerton, Jr.,* for petitioner.  *T. W. Bruton,* Attorney General of North Carolina, and *Andrew A. Vanore, Jr.,* for respondent.

No. 1146.  COASTAL CLUB, INC. *v.* COMMISSIONER OF INTERNAL REVENUE.  C. A. 5th Cir.  Certiorari denied.  *Gerald D. Morgan* and *Lee I. Park* for petitioner.  *Solicitor General Marshall, Assistant Attorney General Rogovin* and *Gilbert E. Andrews* for respondent.

No. 1147.  HALPIN *v.* UNITED STATES.  C. A. 7th Cir.  Certiorari denied.  *Melvin B. Lewis* for petitioner.  *Solicitor General Marshall, Assistant Attorney General Vinson* and *Beatrice Rosenberg* for the United States.

No. 1148.  HULBURT OIL & GREASE Co. (AN ILLINOIS CORP.) *v.* HULBURT OIL & GREASE Co. (A PENNSYLVANIA CORP.).  C. A. 7th Cir.  Certiorari denied.  *J. Willison Smith, Jr.,* for petitioner.  *Norman A. Miller* for respondent.